UNITED STATES of America, Appellee,

v.

**$18,100.00 IN UNITED STATES CURRENCY; Defendant,**

**Patricia L. Booker, Appellant.**

No. 05–1955.

United States Court of Appeals, Eighth Circuit.

Submitted July 7, 2006.

Decided July 10, 2006.

David R. Ferguson, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Patricia L. Booker, Newport, AR, pro se.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Patricia L. Booker appeals the judgment of the district court[1] denying her claim in this civil forfeiture action under 21 U.S.C. § 881(a)(6). After our careful review, we conclude that the district court properly determined Booker did not establish an ownership interest in the defendant currency. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.